IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KENNETH E. KELLEY,** | ) | 8:15CV105 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **STATE OF NEBRASKA, MICHAEL KENNEY, Director of the Nebraska Department of corrections', and DIANE SABATKA-RHINE, Warden,** | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) on March 30, 2015. However, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Failure to take either action within 30 days will result in the court dismissing this case without further notice to Petitioner. Accordingly,

IT IS ORDERED:

1. Petitioner is directed to submit the $5.00 fee to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: May 4, 2015: Check for MIFP or payment.

DATED this 31st day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.